IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-00256-WS |
| | ) | (Civil Action No. 11-00715-WS-N) |
| BARRY JAY SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED**

and **DECREED** that the § 2255 motion filed by Barry Jay Sullivan is hereby **DENIED.**

It is further declared that petitioner is not entitled to a certificate of appealability or to

appeal *in forma pauperis*.

    **DONE** this 29th day of April, 2014.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE